IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TAYLOR GRANT,<br><br>　　　　　Defendant. | 8:20CR186<br><br>**JUDGMENT** |

　　In accordance with the Memorandum and Order entered today (Filing No. 109), judgment is entered in favor of the United States of America and against Taylor Grant.

　　Dated this 25th day of August 2022.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*Robert F. Rossiter, Jr.* (signature)
　　　　　　　　　　　　　　　　　　Robert F. Rossiter, Jr.
　　　　　　　　　　　　　　　　　　Chief United States District Judge